IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHNNY STEVE PARKER                                                      PLAINTIFF

v.                                                                             No. 1:16-cv-00206-GHD-JMV

MARSHALL L. FISHER                                                  DEFENDANT

## JUDGMENT

Having considered the file and records in this action, including the Report and Recommendation [11] of the United States Magistrate Judge and the Objection [12] to the Report and Recommendation, the Court finds that the Plaintiff's Objection is without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is ordered:

1. That the Plaintiff's Objection [12] to the Magistrate Judge's Report and Recommendation [11] is **OVERRULED**;

2. That the Report and Recommendation [11] of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the Court; and

3. That the Motion to Dismiss [4] is GRANTED, and Plaintiff's claims are DISMISSED with prejudice. This case is CLOSED.

**SO ORDERED**, this, the 31st day of August, 2017.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE